**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALVARO SANTOS-JUATECO, a.k.a.<br>Roberto Arturo Aca-Juateco,<br><br>Defendant - Appellant. | No. 14-50387<br><br>D.C. No. 3:14-cr-00553-GT<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Southern District of California
Gordon Thompson, Jr., District Judge, Presiding

Submitted August 25, 2015**

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Alvaro Santos-Juateco appeals from the district court's judgment and

challenges the 34-month sentence imposed following his guilty-plea conviction for

---

*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We dismiss.

Santos-Juateco contends that the district court erred by applying a 16-level sentencing enhancement, imposing a term of supervised release, and finding his criminal history not to be over-represented. The government argues that the appeal should be dismissed based on an appeal waiver contained in the plea agreement. We review de novo whether to enforce an appeal waiver. *See United States v. Watson*, 582 F.3d 974, 981 (9th Cir. 2009). Under the terms of the appeal waiver, Santos-Juateco waived any right to appeal his sentence, and we therefore dismiss this appeal. *See id.* at 986, 988.

**DISMISSED.**